# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2646

_____

DENVER IVAN WILSON,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 21, 2020

PER CURIAM.

The order under review was converted sua sponte to a petition for writ of certiorari. However, upon further review, the mandamus complaint filed in circuit court sought to compel certain administrative action. Because we find that the trial court's action was not the equivalent of judicial review of a disciplinary action, the case is not controlled by *Sheley v. Florida Parole Commission*, 720 So. 2d 216 (Fla. 1998). Regardless, we reach the same decision under review as a direct appeal. The denial of the mandamus complaint is affirmed.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Denver Ivan Wilson, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.